IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **FITZGERALD McCLATCHIE,** | : | |
| Petitioner, | : | |
| v. | : | CIVIL ACTION 07-0056-CG-M |
| **ALBERTO GONZALES,** | : | |
| **MICHAEL CHERTOFF,** | | |
| **WARDEN DAVID O. STREIFF,** | : | |
| Respondents. | : | |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this petition be **DENIED** as premature and this action be **DISMISSED.**

**DONE and ORDERED** this 14th day of September, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE