IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FITZGERALD McCLATCHIE,** | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| v. | )    CIVIL ACTION NO. 07-0056-CG-M |
| | ) |
| **ALBERTO GONZALES,** | ) |
| **MICHAEL CHERTOFF,** | ) |
| **WARDEN DAVID O. STREIFF,** | ) |
| | ) |
|    Respondents. | ) |

## ORDER

This matter is before the court on petitioner's motion for chance to respond (Doc. 25) and petitioner's objection to report and recommendation (Doc. 26). The court hereby **GRANTS** petitioner's motion for leave to respond and construes the objection and a motion to reconsider, but finds that petitioner's objection lacks merit.  Therefore, the court finds that the adoption of the magistrate's Report and Recommendation remains appropriate and that the motion to reconsider is due to be denied.

This case was dismissed as premature upon the court's adoption of the magistrates Report and Recommendation (Doc. 22) on September 14, 2007, after no timely objections were received by the court.  (Doc. 24).  Petitioner now moves for a chance to respond claiming that he never received a copy of the Report and Recommendation.  Petitioner has also now filed his objection to the Report and Recommendation, which the court construes as a motion to reconsider its ruling adopting the report and recommendation. (Doc. 26).  The magistrate judge recommended that the petition be dismissed as premature because petitioner had been detained for less than six

months at the time he filed his petition.  Six months is "a presumptively reasonable period of time to detain a removable alien awaiting deportation" pursuant to § 1231. Zadvydas v. Davis, 533 U.S. 678, 687-88 (2001).   The Eleventh Circuit Court of Appeals has held that the six month period "must have expired at the time [the petitioner's] petition was filed in order to state a claim under Zadvydas." Akinwale v. Ashcroft, 287 F.3d 1050, 1052 (11th Cir. 2002). Petitioner objects on the basis that the six month period has now expired.  However, the court still finds that the petition was filed prior to the expiration of the presumptively reasonable six month period of detention.  Thus, the court finds that the petition was premature and that the Judgment of Dismissal should stand.

For these reasons, the court **DENIES** petitioner's objection, construed as a motion to reconsider (Doc. 26).

**DONE and ORDERED** this 4th day of October, 2007.

/s/   Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE